UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER O. McNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | No: 20 CV 7207 |
| | ) | |
| vs. | ) | |
| | ) JURY DEMAND | |
| VANTAGE SPECIALTY CHEMICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# PLAINTIFF'S EXHIBIT A

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>846-2020-10434 |
|---|---|---|

Illinois Department Of Human Rights _____ and EEOC
*State or local Agency, if any*

**Name** (Indicate Mr., Ms., Mrs.): Christopher O. McKnight
**Home Phone** (Incl. Area Code): (224) 623-5620
**Date of Birth**: 1979
**Street Address / City, State and ZIP Code**: 10298 W Illinois Ave, Beach Park, IL 60099

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: VANTAGE SPECIALTY CHEMICALS
**No. Employees, Members**: 500 or More
**Phone No.**: (847) 244-3410
**Street Address / City, State and ZIP Code**: 3938 Porret Drive, Gurnee, IL 60031

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: _____ Latest: 02-14-2020
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent in or around February 2018. My current position is Chemical Operator. During my employment with Respondent, I was subjected to different terms and conditions of employment, including, but not limited to, being assigned as a Floater. In or around September 2019, I applied for promotions, which I was not selected for.

I believe I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

X 2-15-20  X *Christopher McKnight* (signature)
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)